MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
GERALD L. TAN, ESQ.
Nevada Bar No.:13596
gtan@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant, Saticoy Bay LLC Series 1838 Fighting Falcon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, a government-sponsored entity; FEDERAL HOUSING FINANCE AGENCY, as Conservatror of Freddie Mac,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO NEIGHBORHOOD SECOND HOMEOWNER ASSOCIATION; SATICOY BAY LLC SERIES 1838 FIGHTING FALCON, a Nevada limited liability company; SEAN ROBERTS, an individual; SHAWNA ROBERTS, an individual; DOE INDIVIDUALS I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive.<br><br>Defendants. | CASE NO.: 2:15-cv-00064-JAD-PAL |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS  OPPOSITION TO MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Nationstar Mortgage, LLC, through it's attorney, and defendant Saticoy Bay LLC Series 1838 Fighting Falcon, by and through its attorney, Michael F. Bohn, Esq., that defendant Saticoy Bay LLC Series 1838 Fighting Falcon shall

1

have until April 2, 2015 to file a response to the plaintiff's opposition to the defendant's motion to dismiss.

The defendants motion to dismiss was filed on February 12, 2015. The plaintiffs opposition to the motion to dismiss was filed on March 16, 2015.

This is the first extension requested for the defendants reply brief.

DATED this 26th day of March, 2014.

| WRIGHT FINLAY & ZAK LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ. , LTD. |
|---|---|
| By: /s/ /Dana Jonathan Nitz, Esq./<br>Dana Jonathan Nitz, Esq.<br>7785 W. Sahara Ave # 200<br>Las Vegas, Nevada 89117<br>Attorneys for Plaintiff | By: /s/ /Michael F. Bohn, Esq. /<br>Michael F. Bohn, Esq.<br>376 E. Warm Springs Rd., Ste. 140<br>Las Vegas, Nevada 89119<br>Attorneys for defendant Saticoy Bay LLC Series 1838 Fighting Falcon |

IT IS SO ORDERED this 27th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. , LTD.


By: /s/ /Michael F. Bohn, Esq. /
   Michael F. Bohn, Esq.
   376 E. Warm Springs Rd., Ste. 140
   Las Vegas, Nevada 89119
   Attorneys for defendant Saticoy Bay LLC
Series 1838 Fighting Falcon

2