# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nationstar Mortgage, LLC, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>Eldorado Neighborhood Second Homeowners Association, et al.<br><br>    Defendants | Case No.: 2:15-cv-00064-JAD-PAL<br><br>**Order Lifting Stay**<br><br>[ECF No. 60] |

Good cause appearing, IT IS HEREBY ORDERED that the motion to lift stay **[ECF No. 60] is GRANTED IN PART**, in that THE STAY IS LIFTED, but some of the other details and deadlines requested by the motion are denied or revised. Instead, IT IS FURTHER ORDERED that the parties have the following deadlines and obligations to move this case forward:

**Meet & Confer:**

**The parties have until October 22, 2018, to meet and confer** as defined by Local Rule IA 1-3(f) regarding (1) a proposed scheduling order as contemplated by Local Rule 26-1, (2) what discovery needs to be conducted, (3) what viable claims and defenses remain in the case in light of recent decisions from the Supreme Court of Nevada, and (4) the issues that the parties intend to raise in any dispositive motion that the parties anticipate filing within the next 90 days. **A party representative must attend the meet and confer, either in person or by telephone.** Requests to be excused from any aspect of this meet-and-confer requirement will be denied absent extraordinary circumstances.

**Response to the Complaint**:

The defendants have **until November 2, 2018, to answer or otherwise respond** to the amended complaint.[1] If the response is a motion, it must comply with the certificate requirement below.

**Proof of Service on the Roberts Defendants:**

The **plaintiffs have until October 22, 2018,** to file proof of service of the amended complaint on Defendants Sean Roberts and Shawna Roberts; if proof is not filed by this deadline, the claims against the Roberts defendants will be dismissed without prejudice under FRCP 4(m).

**Stipulated Discovery Plan and Scheduling Order:**

The parties must file their Stipulated Discovery Plan and Scheduling Order in compliance with Local Rule 26-1 by **November 2, 2018.**

**Certificate Required with Dispositive Motions:**

Any dispositive motion filed within the next 90 days must be accompanied by a declaration by the movant's counsel that sets forth the details of the meet-and-confer in compliance with Local Rule IA 1-3(f)(2) and certifies that, despite good-faith efforts, the issues raised in the motion could not be resolved. The court may summarily deny any motion that fails to comply with this requirement.

Dated: September 24, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 38.