Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228  Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000  Fax: (202) 942-5999
Asim.Varma@apks.com; hcayne@apks.com;
Michael.Johnson@apks.com
*Attorneys for Plaintiff Federal Housing Finance Agency*

Melanie D. Morgan, Esq. (SBN 8215)
Donna M. Wittig, Esq. (SBN 11015)
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV  89134
Tel:  702-634-5000  Fax: 702-380-8572
Melanie.morgan@akerman.com
Donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corp.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC; a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, a government-sponsored entity; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Freddie Mac, <br><br> Plaintiffs <br><br> vs. <br><br> ELDORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; SATICOY BAY LLC SERIES 1838 FIGHTING FALCON, a Nevada limited liability company; SEAN ROBERTS, an individual; SHAWNA ROBERTS, an individual; DOE INDIVIDUALS I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive, <br><br> Defendants. | CASE NO. 2:15-cv-00064-JAD-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT** <br><br> **FIRST REQUEST** |

Plaintiffs Nationstar Mortgage, LLC ("Nationstar"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and the Federal Housing Finance Agency ("FHFA"), and

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14384646

1    Defendant Saticoy Bay LLC Series 1838 Fighting Falcon ("Saticoy"), by and through their

2    undersigned counsel, hereby agree and stipulate as follows:

3         IT IS HEREBY AGREED AND STIPULATED that the deadline for Nationstar, Freddie

4    Mac and FHFA to file their response to Saticoy's Renewed Motion to Dismiss Amended

5    Complaint filed on November 2, 2018 (ECF No. 70), is extended from November 16, 2018 to

6    November 30, 2018.

7         This is the parties' first request for an extension of time regarding the opposition.  This

8    additional time is appropriate because counsel for Nationstar, Freddie Mac and FHFA are

9    involved in dozens of related cases pending in this District and are facing deadlines in many of

10   /////

11   /////

12   /////

13   /////

14   /////

15   //////

16   /////

17   /////

18   /////

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

14384646

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

these cases as well, and to accommodate counsel's schedule over the upcoming Thanksgiving holiday.

DATED:  November 7, 2018.

**FENNEMORE CRAIG, P.C.**

By: ___/s/___Leslie Bryan Hart___
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com
    and

ARNOLD & PORTER KAYE SCHOLER LLP

    (Admitted *Pro Hac Vice*)
    Asim Varma, Esq.
    Howard N. Cayne, Esq.
    Michael A.F. Johnson, Esq.

*Attorneys for Plaintiff Federal Housing Finance Agency*

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

By: ___/s/__Michael F. Bohn___
    Michael F. Bohn, Esq. (SBN 1641)
    376 E. Warm Springs Road, Suite 140
    Las Vegas, Nevada 89119
    Tel: 702-642-3113 Fax: 642-9766
    mbohn@bohnlawfirm.com

*Attorneys for Defendant Saticoy Bay, LLC Series 1838 Fighting Falcon*

**AKERMAN LLP**

By: ___/s/___Melanie D. Morgan___
    Melanie D. Morgan, Esq. (SBN 8215)
    Donna M. Wittig, Esq. (SBN 11015)
    1635 Village Center Circle, Suite 200
    Las Vegas, NV  89134
    Tel: 702-634-5000 Fax: 702-380-8572
    Melanie.morgan@akerman.com
    Donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corp.*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 9, 2018.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14384646

3