1  Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)
2  FENNEMORE CRAIG, P.C.
   300 E. Second St., Suite 1510
3  Reno, Nevada 89501
   Tel: 775-788-2228  Fax: 775-788-2229
4  lhart@fclaw.com; jtennert@fclaw.com

5  (Admitted *Pro Hac Vice*)
   Asim Varma, Esq.
6  Howard N. Cayne, Esq.
   Michael A.F. Johnson, Esq.
7  ARNOLD & PORTER KAYE SCHOLER
   LLP
8  601 Massachusetts Ave., NW
   Washington, DC 20001-3743
9  Tel: (202) 942-5000  Fax: (202) 942-5999
   Asim.Varma@apks.com; hcayne@apks.com;
10 Michael.Johnson@apks.com
   *Attorneys for Plaintiff Federal Housing*
11 *Finance Agency*

   Melanie D. Morgan, Esq. (SBN 8215)
   Donna M. Wittig, Esq. (SBN 11015)
   AKERMAN LLP
   1635 Village Center Circle, Suite 200
   Las Vegas, NV  89134
   Tel:  702-634-5000  Fax: 702-380-8572
   Melanie.morgan@akerman.com
   Donna.wittig@akerman.com

   *Attorneys for Plaintiffs Nationstar Mortgage
   LLC and Federal Home Loan Mortgage Corp.*

12

13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

14 | NATIONSTAR MORTGAGE, LLC; a Delaware limited liability company; | CASE NO. 2:15-cv-00064-JAD-PAL

15

16 | FEDERAL HOME LOAN MORTGAGE CORPORATION, a government-sponsored entity; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Freddie Mac, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**

17

18 |                                       Plaintiffs | **SECOND REQUEST**

19 |                        vs.

20 | ELDORADO NEIGHBORHOOD SECOND HOMEOWNERS ASSOCIATION, a Nevada | ECF No. 74

21 | non-profit corporation; SATICOY BAY LLC SERIES 1838 FIGHTING FALCON, a

22 | Nevada limited liability company; SEAN ROBERTS, an individual; SHAWNA

23 | ROBERTS, an individual; DOE INDIVIDUALS I-XX, inclusive; and ROE

24 | CORPORATIONS I-XX, inclusive,

25 |                                    Defendants.

26

27 |         Plaintiffs Nationstar Mortgage, LLC ("Nationstar"), Federal Home Loan Mortgage

28 | Corporation ("Freddie Mac"), and the Federal Housing Finance Agency ("FHFA"), and

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14384646

1    Defendant Saticoy Bay LLC Series 1838 Fighting Falcon ("Saticoy"), by and through their

2    undersigned counsel, hereby agree and stipulate as follows:

3         IT IS HEREBY AGREED AND STIPULATED that the deadline for Nationstar, Freddie

4    Mac and FHFA to file their response to Saticoy's Renewed Motion to Dismiss Amended

5    Complaint filed on November 2, 2018 (ECF No. 70), is extended from November 30, 2018 to

6    December 3, 2018.

7         This is the parties' second request for an extension of time regarding the opposition.  This

8    additional time is appropriate because counsel for Nationstar, Freddie Mac and FHFA are

9    involved in dozens of related cases pending in this District, are facing deadlines in many of these

10   cases as well, and the desire to file a joint opposition to the Motion to Dismiss has required

11   additional time beyond what was originally anticipated.  Although the parties recognize this is a

12   second request, they assert that no prejudice will be caused by this additional brief extension and

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14384646

2

that this request is sought in good faith.

DATED:  November 30, 2018.

**FENNEMORE CRAIG, P.C.**

By: ___/s/   Leslie Bryan Hart___
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com
        and

ARNOLD & PORTER KAYE SCHOLER
LLP

    (Admitted *Pro Hac Vice*)
    Asim Varma, Esq.
    Howard N. Cayne, Esq.
    Michael A.F. Johnson, Esq.

*Attorneys for Plaintiff Federal Housing*
*Finance Agency*

**LAW OFFICES OF MICHAEL F. BOHN,**
**ESQ., LTD.**

By: ___/s/   Michael F. Bohn___
    Michael F. Bohn, Esq. (SBN 1641)
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    Tel: 702-642-3113 Fax: 642-9766
    mbohn@bohnlawfirm.com

*Attorneys for Defendant Saticoy Bay, LLC*
*Series 1838 Fighting Falcon*

**AKERMAN LLP**

By: ___/s/   Donna Wittig___
    Melanie D. Morgan, Esq. (SBN 8215)
    Donna M. Wittig, Esq. (SBN 11015)
    1635 Village Center Circle, Suite 200
    Las Vegas, NV  89134
    Tel: 702-634-5000 Fax: 702-380-8572
    Melanie.morgan@akerman.com
    Donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage*
*LLC and Federal Home Loan Mortgage Corp.*

**ORDER**

    Based on the parties' stipulation [ECF No. 74] and good cause appearing, IT IS SO
ORDERED.  The deadline to respond to Saticoy's Renewed Motion to Dismiss Amended
Complaint [ECF No. 70] is extended to December 3, 2018.  **The parties are cautioned,**
**however, that counsel's workload and competing calendar demands will not be deemed**
**good cause for additional extensions of this deadline.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 2, 2018