1  Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)
2  FENNEMORE CRAIG, P.C.
   300 E. Second St., Suite 1510
3  Reno, Nevada 89501
   Tel: 775-788-2228   Fax: 775-788-2229
4  lhart@fclaw.com; jtennert@fclaw.com

5  (Admitted *Pro Hac Vice*)
   Asim Varma, Esq.
6  Howard N. Cayne, Esq.
   Michael A.F. Johnson, Esq.
7  ARNOLD & PORTER KAYE SCHOLER
   LLP
8  601 Massachusetts Ave., NW
   Washington, DC 20001-3743
9  Tel: (202) 942-5000  Fax: (202) 942-5999
   Asim.Varma@apks.com; hcayne@apks.com;
10 Michael.Johnson@apks.com
   *Attorneys for Plaintiff Federal Housing*
11 *Finance Agency*

   Melanie D. Morgan, Esq. (SBN 8215)
   Donna M. Wittig, Esq. (SBN 11015)
   AKERMAN LLP
   1635 Village Center Circle, Suite 200
   Las Vegas, NV  89134
   Tel:  702-634-5000  Fax: 702-380-8572
   Melanie.morgan@akerman.com
   Donna.wittig@akerman.com

   *Attorneys for Plaintiffs Nationstar Mortgage*
   *LLC and Federal Home Loan Mortgage Corp.*

12
13                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA

14  NATIONSTAR MORTGAGE, LLC; a          CASE NO. 2:15-cv-00064-JAD-PAL
    Delaware limited liability company;
15  FEDERAL HOME LOAN MORTGAGE            AMENDED
    CORPORATION, a government-sponsored
16  entity; and FEDERAL HOUSING FINANCE  **ORDER FOR EXTENSION OF TIME TO**
    AGENCY, as Conservator of Freddie Mac, **RESPOND TO MOTION TO DISMISS**
17                                        **AMENDED COMPLAINT**
18                        Plaintiffs
                                          **SECOND REQUEST**
19                  vs.
                                          **ECF No. 74**
20  ELDORADO NEIGHBORHOOD SECOND          (Corrected image at ECF No. 75)
    HOMEOWNERS ASSOCIATION, a Nevada
21  non-profit corporation; SATICOY BAY LLC
    SERIES 1838 FIGHTING FALCON, a
22  Nevada limited liability company; SEAN
    ROBERTS, an individual; SHAWNA
23  ROBERTS, an individual; DOE
    INDIVIDUALS I-XX, inclusive; and ROE
24  CORPORATIONS I-XX, inclusive,

25                        Defendants.

26      Plaintiffs Nationstar Mortgage, LLC ("Nationstar"), Federal Home Loan Mortgage

27  Corporation ("Freddie Mac"), and the Federal Housing Finance Agency ("FHFA"), and

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14384646

1  Defendant Saticoy Bay LLC Series 1838 Fighting Falcon ("Saticoy"), by and through their

2  undersigned counsel, hereby agree and stipulate as follows:

3      IT IS HEREBY AGREED AND STIPULATED that the deadline for Nationstar, Freddie

4  Mac and FHFA to file their response to Saticoy's Renewed Motion to Dismiss Amended

5  Complaint filed on November 2, 2018 (ECF No. 70), is extended from November 30, 2018 to

6  December 7, 2018.

7      This is the parties' second request for an extension of time regarding the opposition.  This

8  additional time is appropriate because counsel for Nationstar, Freddie Mac and FHFA are

9  involved in dozens of related cases pending in this District, are facing deadlines in many of these

10  cases as well, and the desire to file a joint opposition to the Motion to Dismiss has required

11  additional time beyond what was originally anticipated.  Although the parties recognize this is a

12  second request, they assert that no prejudice will be caused by this additional brief extension and

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14384646

2

that this request is sought in good faith.

DATED: November 30, 2018.

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228  Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com
          and

ARNOLD & PORTER KAYE SCHOLER
LLP

    (Admitted *Pro Hac Vice*)
    Asim Varma, Esq.
    Howard N. Cayne, Esq.
    Michael A.F. Johnson, Esq.

*Attorneys for Plaintiff Federal Housing
Finance Agency*

**LAW OFFICES OF MICHAEL F. BOHN,
ESQ., LTD.**

By: /s/ Michael F. Bohn
    Michael F. Bohn, Esq. (SBN 1641)
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    Tel: 702-642-3113 Fax: 642-9766
    mbohn@bohnlawfirm.com

*Attorneys for Defendant Saticoy Bay, LLC
Series 1838 Fighting Falcon*

**AKERMAN LLP**

By: /s/ Donna Wittig
    Melanie D. Morgan, Esq. (SBN 8215)
    Donna M. Wittig, Esq. (SBN 11015)
    1635 Village Center Circle, Suite 200
    Las Vegas, NV 89134
    Tel: 702-634-5000 Fax: 702-380-8572
    Melanie.morgan@akerman.com
    Donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage
LLC and Federal Home Loan Mortgage Corp.*

## ORDER

Based on the parties' stipulation [ECF No. 74] (corrected image at [ECF No. 75]) and good cause appearing, IT IS SO ORDERED.  The deadline to respond to Saticoy's Renewed Motion to Dismiss Amended Complaint [ECF No. 70] is extended to December 7, 2018. **The parties are cautioned, however, that counsel's workload and competing calendar demands will not be deemed good cause for additional extensions of this deadline.**

_____
U.S. District Judge Jennifer A. Dorsey
December 3, 2018

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14384646

3